# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01352-BNB

MUHAMMAD MASUD IBN JOHNSON, a/k/a ROLAND JOHNSON,

    Plaintiff,

v.

ANTHONY A. DeCESARO, Grievance Officer, Colorado Department of Corrections,

    Defendant.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG - 2 2006

GREGORY C. LANGHAM
CLERK

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Plaintiff's "Motion for Correction of Caption" filed on July 24, 2006, is granted.

Dated: August 2, 2006

---

Copies of this Minute Order mailed on August 2, 2006, to the following:

Muhammad Masud Ibn Johnson
a/k/a Roland Johnson
Prisoner No. 87852
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

                                                   Secretary/Deputy Clerk