IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01352-PSF-PAC

MUHAMMAD MASUD IBN JOHNSON,

    Plaintiff,

v.

ANTHONY A. DeCESARO, Grievance Officer, Colorado Department of Corrections,

    Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 4 2006

GREGORY C. LANGHAM
CLERK

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis.* It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendant or counsel for the defendant shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant.

DATED: August 11, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01352-PSF-PAC

Muhammad Masud Ibn Johnson
a/k/a Roland Johnson
Prisoner No. 87852
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

US Marshal Service
Service Clerk
Service forms for: Anthony A. Decesaro

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to US Marshal Service for service of process on Anthony A. Decesaro: COMPLAINT FILED 7/12/06, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 8/14/06.

GREGORY C. LANGHAM, CLERK

By_____
      Deputy Clerk