IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01352-PSF-PAC

MUHAMMAD MASUD IBN JOHNSON,
a/k/a Ronald Johnson

    Plaintiff,

v.

ANTHONY A. DECESARO, Grievance Officer, Colorado Department of Corrections,

    Defendant.

---

### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

---

On November 9, 2006, Plaintiff was ordered either to make the required monthly payments for August, September, and October 2006 or to show cause why he has no assets and no means by which to make the monthly payments. Plaintiff was warned that a failure to comply with that Order would result in the dismissal of the complaint and the action. Plaintiff has failed either to make the monthly payments or to show cause why he has no assets and no means by which to make the monthly payments. Therefore, Plaintiff has failed to comply with the Court's November 9, 2006 Order. Accordingly, it is

RECOMMENDED that the complaint and the action be dismissed without prejudice for failure to comply with the Court's November 9, 2006 Order.

Pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have ten (10) days after being served with a copy of this recommendation to file with the assigned District Judge any specific written objections to the findings of fact, conclusions of law, or recommendations of the Magistrate Judge as set forth in this document. The District Judge need not consider frivolous, conclusive, or general objections. A party's failure to file specific written objections to the findings of fact, conclusions of law, or recommendations as set forth in

this document **will bar** the party from *de novo* determination by the District Judge. **See *United States v. Raddatz***, 447 U.S. 667, 676-83 (1980). Additionally, the failure to file specific written objections to the findings of fact, conclusions of law, or recommendations of the Magistrate Judge in this document **will bar** appellate review of the findings of fact, conclusions of law, or recommendations of the Magistrate Judge in this document. **See *Thomas v. Arn***, 474 U.S. 140 (1985); ***Talley v. Hesse***, 91 F.3d 1411 (10th Cir. 1996).

DATED ~~November~~ Dec 19, 2006.

BY THE COURT:

O. Edward Schlatter
United States Magistrate Judge