IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01352-PSF-PAC

MUHAMMAD MASUD IBN JOHNSON,

    Plaintiff,

v.

ANTHONY A. DeCESARO, Grievance Officer, Colorado Department of Corrections,

    Defendant.

## ORDER FOR GOVERNMENT RESPONSE

This matter is before the Court on Plaintiff's Objection to United States Magistrate Judge Recommendation (Dkt. #23).  The government is hereby DIRECTED to file a response to this objection on or before February 15, 2007.

DATED:  January 25, 2007

                              BY THE COURT:

                              *s/ Phillip S. Figa*

                              _____
                              Phillip S. Figa
                              United States District Judge